## DELAND v. WEDDINGTON.

1. **Practice:** BILL OF EXCEPTIONS: FILING OF. Where time beyond the term is given to settle and file a bill of exceptions it must be filed as well as signed within the time. Following *Cobb v. Chase, ante*, 196.

*Appeal from Buena Vista District Court.*

SATURDAY, OCTOBER 23.

ACTION in replevin. Trial by the court. Judgment for plaintiff. Defendant appeals.

*Charles D. Goldsmith*, for appellant.

*Robinson & Milchrist*, for appellee.

ADAMS, CH. J.—Judgment was rendered upon the 24th day of May, 1879. Thirty days were given in which to settle and file a bill of exceptions. The bill was signed within that time, but was not filed until July 11, 1879. The appellee insists that it was not filed in time. In our opinion the appellee's position is well taken. The question was ruled upon in *Cobb v. Chase et al., ante,* 196.

AFFIRMED.